PROB 12C
(6/16)

Report Date: May 16, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Rudolph Campoli                Case Number: 0980 1:22CR02054-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Woodland, Washington 98674

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 9, 2024

Original Offense:     Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - Time Served (689 days)     Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Todd Swensen                        Date Supervision Commenced: 04/09/2024

Defense Attorney:     Richard A Smith                     Date Supervision Expires: 04/08/2027

## PETITIONING THE COURT

To issue a summons

On May 13, 2024, while at the U.S. Probation Office in the Western District of Washington, all the conditions of supervised release were reviewed and signed by Mr. Campoli.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release by consuming a controlled substance, fentanyl, on or about March 31, 2025. |
| | On March 31, 2025, Mr. Campoli submitted a random urinalysis sample at Helping Professionals Wellness Center (HPWC), a local drug testing vendor. The sample was presumptively positive for fentanyl. His supervising probation officer later called Mr. Campoli and questioned him regarding the result. He denied using fentanyl and the sample was sent to the national laboratory for confirmation. |
| | On May 2, 2025, confirmation was received indicating the sample was positive for norfentanyl. Mr. Campoli continued to deny using any prohibited substances. |

Prob12C
Re: Campoli, Vincent Rudolph
May 16, 2025
Page 2

| | |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release by consuming controlled substances, fentanyl and methamphetamine, on or about April 25, 2025.

On April 25, 2025, Mr. Campoli submitted a random urinalysis sample at HPWC. The sample returned presumptively positive for amphetamines and fentanyl. When questioned, Mr. Campoli denied using either substance. The sample was sent to the national laboratory for confirmation.

On May 14, 2025, his supervising officer was notified the sample was confirmed positive at the national laboratory for methamphetamine, fentanyl, and norfentanyl.

| | |
|---|---|
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release by failing to report for substance abuse testing on or about April 28, 2025.

On April 28, 2025, Mr. Campoli was scheduled to report for urinalysis testing at HPWC. He was notified of this required drug test via a text message sent to his reported cellular phone number on April 27, 2025. Mr. Campoli failed to report for drug testing as required on April 28, 2025.

On April 29, 2025, his supervising probation officer received a text message from a previously unknown number stating Mr. Campoli lost his phone and was using his fiance's phone, and that he would be getting a new phone soon. The supervising officer replied to the text message stating Mr. Campoli is required to call the urinalysis testing line if he is unable to receive text messages. The requirement to call the drug testing phone line if he is unable to receive text messages was reviewed with Mr. Campoli at supervision intake.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | May 16, 2025 |
| | s/SanJuanita B. Coronado |
| | SanJuanita B. Coronado<br>Supervisory U.S. Probation Officer |

Prob12C
Re: Campoli, Vincent Rudolph
May 16, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*M. K. Dimke*

Signature of Judicial Officer

May 21, 2025

Date