PROB 12C
(6/16)

Report Date: June 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Vincent Rudolph Campoli | Case Number: 0980 1:22CR02054-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Vancouver, Washington 98686 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: April 9, 2024 | |
| Original Offense: Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - Time Served (689 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swenson | Date Supervision Commenced: 04/09/2024 |
| Defense Attorney: Richard A. Smith | Date Supervision Expires: 04/08/2027 |

### PETITIONING THE COURT

To issue a **warrant,** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 16, 2025.

On May 13, 2024, A U.S. Probation Officer in the Western District of Washington reviewed all the conditions of supervised release with Mr. Campoli. He signed a copy of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about May 13, 2025. |
| | On May 13, 2025, Mr. Campoli completed a drug test as required. This drug test results were presumptive positive for fentanyl. Mr. Campoli denied using fentanyl. This drug test was sent to the national laboratory for confirmation, and the drug test report is pending. |
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these |

Prob12C
Re: Campoli, Vincent Rudolph
June 9, 2025
Page 2

substances.

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about May 21, 2025.

On May 21, 2025, Mr. Campoli completed a mandatory drug test and test results were presumptive positive for amphetamine. Initially, Mr. Campoli denied any drug use. This drug test was sent to the national laboratory for confirmation, and the drug test report is pending. However, later on June 6, 2025, Mr. Campoli admitted to using methamphetamine on or about May 21, 2025. On June 9, 2025, Mr. Campoli signed a drug use admission form admitting this drug use.

6  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about May 21, 2025.

On May 21, 2025, Mr. Campoli completed a drug test and results were presumptive positive for fentanyl. Mr. Campoli denied using fentanyl. This drug test was sent to the national laboratory for confirmation, and the drug test report is pending.

7  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by failing to submit a valid drug test as required on or about May 29, 2025.

On May 29, 2025, Mr. Campoli submitted a drug test which on June 5, 2025, confirmed a dilute result for the validity test for creatinine. Mr. Campoli has been previously warned about providing dilute drug tests, as in the past he has provided dilute drug tests. The explanation the defendant has provided in the past for the dilute drug tests is that he consumes a lot of liquids as he does welding work. However, it should be noted, Mr. Campoli has provided valid drug tests in the past as well while doing the same welding work.

8  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by using a controlled substance, methamphetamine, from on or between April 9, to May 23, 2025.

Prob12C
**Re: Campoli, Vincent Rudolph**
**June 9, 2025**
**Page 3**

        On June 6, 2025, Mr. Campoli admitted to the supervising officer, Ryan Adamson, to having used methamphetamine on a weekly basis for the last couple of months. Mr. Campoli reported he could not recall the date of his last methamphetamine use and claimed it was a couple of weeks ago.

9      **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.

        **Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by failing to be truthful to the probation officer when questioned about drug use on or before June 6, 2025.

        On June 6, 2025, Mr. Campoli admitted using methamphetamine on a weekly basis for the last couple of months. Prior to this date, the supervising officer had questioned Mr. Campoli about drug use and he had denied any use, despite the confirmed positive drug tests. Mr. Campoli failed to be truthful about his on-going drug use when questioned by the probation officer.

10      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Campoli is considered to be in violation of his supervised release conditions by failing to submit a valid drug test as required on or about June 3, 2025.

        On June 3, 2025, Mr. Campoli submitted a drug test which result was later received on June 9, 2025, confirming a dilute result for the validity test for creatinine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 9, 2025

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Campoli, Vincent Rudolph
June 9, 2025
Page 4

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*M. K. Dimke*

Signature of Judicial Officer

June 10, 2025

Date